**VERONICA A. F. NEBB**
City Attorney, SBN 140001
**By: HAMPTON A. JACKSON**
Assistant City Attorney, SBN 326209
**CITY OF VALLEJO**, City Hall
555 Santa Clara Street, 3rd Floor
Vallejo, CA 94590
Tel: (707) 648-4545
Email: hampton.jackson@cityofvallejo.net

Attorneys for Defendants CITY OF VALLEJO
and SARAH PHIPPS

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANDRAE WATSON,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF VALLEJO, OFFICER SARAH PHIPPS, and DOE OFFICERS 1-10,<br><br>Defendants. | Case No. 2:25-cv-02814-CKD<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER TO AMEND SCHEDULING ORDER** |

IT IS HEREBY STIPULATED, and respectfully requested, by and between Plaintiff and Defendants (hereinafter, "the Parties") by and through their designated counsel, that:

WHEREAS, on April 10, 2026, the court set pre-trial and trial deadlines in this matter, with Fact Discovery closing on December 11, 2026. (Dkt. No. 17);

WHEREAS, the Parties served written discovery in November 2025 and April 2026;

WHEREAS, Defendant Officer Sarah Phipps was deposed on April 29, 2026;

WHEREAS, the Parties have been delayed in completing Plaintiff's deposition and other witnesses' depositions due to Defendants' attorney being on family leave during the months of June, July, and August 2026. After Defendants' counsel's return from family leave, the parties scheduled Plaintiff's deposition for September 23, 2026. However, due to Plaintiff's counsel's emergency

the day of the deposition—due to a family emergency—the deposition did not proceed. Plaintiff's deposition is now scheduled to proceed on November 4, 2026. As a result, the Parties anticipate that they will not be able to complete fact discovery within the time contemplated by the current scheduling order despite their diligent efforts;

WHEREAS, this is the first request by the Parties to amend the scheduling order. The continuances stipulated and requested herein are not sought for any improper purpose or to unduly delay the proceedings;

WHEREAS, the Parties STIPULATE TO and JOINTLY REQUEST that this Court's scheduling order be amended accordingly:

| **Event** | **Current Deadline (Dkt. No. 17)** | **Proposed Deadline** |
|---|---|---|
| Fact discovery closes | December 11, 2026 | April 9, 2027 |
| Expert disclosures | January 29, 2027 | May 28, 2027 |
| Expert rebuttal disclosures | February 26, 2027 | June 25, 2027 |
| Expert discovery closes | March 26, 2027 | July 23, 2027 |
| All (including dispositive) motions filed | May 28, 2027 | September 24, 2027 |
| Final pretrial conference | Not Set | |
| Jury trial | Not Set | |

IT IS SO STIPULATED.

Respectfully submitted,

DATED: November __, 2026

*/s/ Hampton A. Jackson*
HAMPTON A. JACKSON
Assistant City Attorney
City of Vallejo

DATED: November 3, 2026

*/s/ Gregory L. Kirakosian (authorized 11/3/26)*
GREGORY L. KIRAKOSIAN
ASTINA T. SHAKILYAN
Attorneys for Plaintiff Andrae Watson

**~~[PROPOSED]~~ ORDER**

**IT IS SO ORDERED.**

**Dated: 11/04/2026**

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8 wats25cv2814.stip.eot